## Commonwealth *v.* Washington, Appellant.

Submitted December 2, 1974. *Stephen Madva* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Anthony E. Jackson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth ex rel. Fishman, Appellant, *v.* Fishman.

Argued March 20, 1974. *Joseph Danella,* with him *Louis Lipschitz,* for appellant; *Nathan L. Posner,* with him *Edward Gerald Donnelly, Jr.,* and *Fox, Rothschild, O'Brien & Frankel,* for appellee.

Order affirmed. *Stambaugh v. Stambaugh,* 458 Pa. 147, 329 A.2d 483 (1974).